JERI COPPA-KNUDSON, Trustee
3495 LAKESIDE DRIVE, PMB#62
RENO, NV. 89509-4841
(775) 329-1528

RECEIVED AND FILED

2011 MAY 27  AM 10: 03

MARY A. SCHOTT, CLERK

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In Re:

SARGEANT, GEORGE LARRY
SARGEANT, JEAN DIANE

Debtor(s).

CASE NO. BK-N-05-54481

CHAPTER 7

NOTICE OF UNCLAIMED FUNDS PURSUANT TO RULE 3011

TO:     CLERK, UNITED STATES BANKRUPTCY COURT

FROM:   JERI COPPA-KNUDSON, TRUSTEE

Pursuant to Rule 3011 of the Bankruptcy Rules, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court, and shall be withdrawn as provided in Chapter 129, Title 28, 2042.

| Claim No. | Claimant & Address | Can Number 613300 |
|---|---|---|
| | | Amount of Deposit |
| 8 | THOMAS HARDT<br>Po Box 9699<br>Bakersfield Ca. 93389 | $1,400.00 |

DATED: 5/26/11     TRUSTEE: Jeri Coppa-Knudson

NOTE: Title 28, Chapter 129, 2042 allows for the withdrawal of dividends that have been deposited into the registry account. Make checks payable to Clerk, U.S. Bankruptcy Court.